UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE CASUALTY INSURANCE CO. <br><br>    Plaintiff(s), <br><br>  v. <br><br> NOE GARCIA, et al., <br><br>    Defendant(s). | No. C05-4863 BZ <br><br> **NOTICE OF RECUSAL** |

I hereby recuse myself in the above action.

Dated: December 6, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\ALLSTATE RECUSAL.WPD

1