Paul J. O'Rourke, # 143951
Robert K. Landen, #149407
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiff
ALLSTATE CASUALTY INSURANCE COMPANY,
an Illinois corporation

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| ALLSTATE CASUALTY INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>NOE GARCIA, an individual and RYAN LAO, an individual,<br><br>Defendants. | Case No. 3:05-CV-4863 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

The following is stipulated by ALLSTATE CASUALTY INSURANCE COMPANY ("ALLSTATE") in light of the fact that, to date, neither Defendant has responded to the Complaint in this matter. As set forth in the attached Declaration:

1. Defendant RYAN LAO ("LAO") was personally served with the instant action on January 11, 2006 and Defendant NOE GARCIA ("GARCIA") was personally served on January 19, 2006;

2. Neither LAO nor GARCIA timely filed a responsive pleading;

3. By letters dated March 2, 2006, ALLSTATE informed both LAO and GARCIA of its intent to seek defaults if they failed to answer the Complaint by March 17, 2006;

4. Neither LAO nor GARCIA filed an answer by March 17, 2006;

5. Counsel for LAO recently contacted ALLSTATE'S counsel to request more time to answer. ALLSTATE gave him until March 31, 2006;

6. ALLSTATE still has not received any response from GARCIA and now will seek a default;

7. Pursuant to the Court's "Order Setting Initial Case Management Conference" the Initial Case Management Conference is set for April 3, 2006.

8. Based on his counsel's representations, ALLSTATE anticipates that LAO will answer by March 31, 2006. Further, ALLSTATE believes that LAO and ALLSTATE will thereafter conduct a Rule 26(f) conference and discuss stipulation to an ADR Process and Rule 26(a) disclosures;

9. ALLSTATE believes that allowing these activities to occur prior to an Initial Case Management Conference will benefit all parties and the Court; and

10. Allowing this continuance will have only minimal effect on the schedule for this case. Since they are keyed to the date of the Initial Case Management Conference, the deadlines referenced in the Court's "Order Setting Initial Case Management Conference" will be correspondingly extended. Otherwise, no schedule has been set.

Based on the foregoing, ALLSTATE hereby requests that the Court order the Initial Case Management Conference continued until May 8, 2006.

Dated: March 23, 2006

McCORMICK, BARSTOW, SHEPPARD
WAYTE & CARRUTH LLP

By: _____
Paul J. O'Rourke
Robert K. Landen
Attorneys for Plaintiff
ALLSTATE CASUALTY INSURANCE
COMPANY, an Illinois corporation

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
P.O. BOX 28912
FRESNO, CA 93729-8912

2

Stipulation And [Proposed] Order Continuing Initial Case Management Conference

**[PROPOSED] ORDER**

The Court, having reviewed the Stipulation and finding good cause, hereby issues an Order continuing the Initial Case Management Conference until May 8, 2006. The deadlines referenced in the Court's "Order Setting Initial Case Management Conference" are correspondingly extended.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

 March 28, 2006
Date



~~Chief Judge Marilyn H. Patel~~
Judge Marilyn H. Patel

IT IS SO ORDERED

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
P.O. Box 28912
Fresno, CA 93729-8912

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On March 23, 2006, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

[X] **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

[ ] **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[X] **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

[X] **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

[ ] **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically by Verilaw to be posted to the website and notice given to all parties that the document has been served.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 23, 2006, at Fresno, California.

_____
Karen Pierre

## Service List

Noe Garcia ( Via U.S. Mail)
502 East Santa Inez Avenue
San Mateo, California 94401

Ryan Lao (Via U.S. Mail)
9745 Tundra Swan Circle
Elk Grove, California 95757-8100

**_Courtesy Copy_**

The Honorable Marilyn H. Patel (Via Federal Express)
United States District Court
Courtroom No. 15
450 Golden Gate Avenue 18th Floor
San Francisco, California 94102

Kenneth B. Tishgart, Esq. (Via Facsimile and U. S. Mail)
80 East Sir Francis Drake #400
Larkspur, California 94939

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
P.O. Box 28912
Fresno, CA 93729-8912